```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18159
   MIKE A WILLEY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
              Debtor
   SSN XXX-XX-9547


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/03/07 .

     2.   The case was dismissed without confirmation, 01/18/2008.

     3.   The Debtor paid a total of $    865.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ABN AMRO MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| RAYNE & ERIC BOSTROM | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ADDISON PUBLIC LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY REIMBURSEM | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENTAL | UNSECURED | NOT FILED | .00 | .00 |
| GE COMMERCIAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| HUCK BOUMA | UNSECURED | NOT FILED | .00 | .00 |
| INTERSTATE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CTY SHERIFFS O | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL PARK MEDICAL CE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                       UNSECURED      NOT FILED              .00           .00
NIGRO & WESTFALL PC             UNSECURED      NOT FILED              .00           .00
OSI COLLECTION SERVICE          UNSECURED      NOT FILED              .00           .00
PROCEDE                         UNSECURED      NOT FILED              .00           .00
RWSSC                           UNSECURED      NOT FILED              .00           .00
SAFEWAY INC                     UNSECURED      NOT FILED              .00           .00
THE SIGNAL                      UNSECURED      NOT FILED              .00           .00
THOMAS J GARDNER                UNSECURED      NOT FILED              .00           .00
UNITED STATES POSTAL SER        UNSECURED      NOT FILED              .00           .00
US CELLULAR                     SPECIAL CLASS  NOT FILED              .00           .00
YOUTH ENHANCEMENT SYSTEM        UNSECURED      NOT FILED              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED      PRIORITY     UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00          .00          .00
PRINCIPAL PAID             .00          .00          .00          .00          .00
INTEREST PAID              .00          .00          .00          .00          .00
TOTAL PAID                 .00          .00          .00          .00          .00
```

The Debtor's attorney, DAVID J BOERSMA             , was allowed $   3500.00
and was paid $    206.52 .

The Trustee received $       9.73 .

Refunds to the Debtor totaled $    648.75 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated:  04/16/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE



                                     PAGE   2
            CASE NO. 07 B 18159 MIKE A WILLEY